**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| KEIM T.S., INC., and<br>BURL RICHARDS,<br><br>     **Plaintiffs,**<br><br>  **vs.**<br><br>BEST TRUCKING BUSINESS, INC., and<br>MANUEL RUBIO LOPEZ,<br><br>     **Defendants.** | **8:19CV318**<br><br>**ORDER** |

The parties have settled the claims in this matter following a settlement conference held with Magistrate Judge Cheryl R. Zwart on September 2, 2020.  In accordance with the settlement agreement read into the record,

  **IT IS ORDERED:**

  1.  On or before **October 2, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

  2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

  3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

  Dated this 2nd day of September, 2020.

          BY THE COURT:


          s/Michael D. Nelson
          United States Magistrate Judge